**Electronically Filed
Supreme Court
SCPR-12-0001108
02-JAN-2013
02:08 PM**

SCPR-12-0001108

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE CALVIN K. MURASHIGE, Petitioner.

---

ORIGINAL PROCEEDING

### ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner Calvin K. Murashige's petition to resign and surrender his license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted *nunc pro tunc* to December 31, 2012.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Calvin K. Murashige, attorney number 1408, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED: Honolulu, Hawaiʻi, January 2, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

